# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 13, 2019

158300 & (44)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

KEITH SMITH,
      Plaintiff-Appellee/Cross-Appellant,

v

CITY OF DETROIT,
      Defendant/Cross-Plaintiff,

and

MERLO CONSTRUCTION COMPANY, INC.,
      Defendant/Cross-Defendant-
      Appellant/Cross-Appellee,

and

RAUHORN ELECTRIC, INC.,
      Defendant/Cross-Defendant/
      Cross-Plaintiff,

and

PARSONS BRINCKERHOFF MICHIGAN, INC.,
and POCO, INC.,
      Defendants/Cross-Defendants.
_____/

SC: 158300
COA: 337708
Wayne CC: 15-001269-NO

On December 11, 2019, the Court heard oral argument on the application for leave to appeal as cross-appellant of the July 24, 2018 judgment of the Court of Appeals. On order of the Court, the application for leave to appeal and the application for leave to appeal as cross-appellant are again considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 13, 2019



Clerk

a1211